UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON MICHAEL MILLER,

    Defendant.
_____/

Case No. 1:21-cr-86

Hon. Hala Y. Jarbou

## ORDER ADOPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (ECF No. 10) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. Parties filed a Joint Objection to Report and Recommendation (ECF No. 12) within the time required by law. Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings, **IT IS ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 10) is approved and adopted in part and rejected in part as the opinion of the Court. The Report and Recommendation's objection to Paragraph 13 of the Plea Agreement is rejected.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in the Felony Information.

3. The written plea agreement is hereby continued under advisement pending sentencing now scheduled for September 2, 2021, at 10:00 a.m.

4. Defendant shall remain on bond pending sentencing.

Dated:  June 4, 2021                       /s/ Hala Y. Jarbou
                                                                HALA Y. JARBOU
                                                                UNITED STATES DISTRICT JUDGE